**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000810
15-SEP-2014
09:41 AM**

NO. CAAP-14-0000810

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DARLENE TEIKO BENTON, Plaintiff-Appellant, v.
JOHN EDWARD BENTON, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 92-1605)

ORDER APPROVING THE SEPTEMBER 4, 2014
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed by Plaintiff-Appellant Darlene Teiko Benton (**Appellant**), and the record, it appears that (1) Appellant and Defendant-Appellee John Edward Benton stipulate to dismiss Appeal No. CAAP-14-0000810; (2) the parties' attorneys have signed the stipulation; (3) the appeal has not been docketed; and (4) Hawaiʻi Rules of Appellate Procedure Rule 42(a) provides that where an appeal has not been docketed, "the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties."

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0000810 is dismissed.  Each party shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi,  September 15, 2014.


Chief Judge


Associate Judge


Associate Judge